IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAYME NICOLE RITCHIE,

    Plaintiff,

v.                                                           No. 13-cv-0886 SMV

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security Administration,**

    Defendant.

## JUDGMENT

Having denied Plaintiff's Motion to Reverse and Remand for Rehearing, with Supporting Memorandum [Doc. 15] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant and that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**